Argued December 18, affirmed December 18, 1972, petition for
rehearing denied January 10, petition for review
denied February 27, 1973

STATE OF OREGON, *Respondent, v.* BRUCE
SCOTT ERBS (No. 14-559), *Appellant.*

504 P2d 139

*Robert C. Cannon,* Deputy Public Defender, Sa-
lem, argued the cause for appellant. With him on the
brief was Gary D. Babcock, Public Defender, Salem.

*John II. Clough,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on the
brief were Lee Johnson, Attorney General, and John
W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and
Foley, Judges.